Richard C. J. Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Leon E. Jew (SBN 219298)
5776 Stoneridge Mall Rd., STE 288
Pleasanton, CA 94588
(925) 463-3288 Telephone
(925) 463-3218 Fax

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual<br><br>Plaintiffs<br>vs.<br><br>MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC. , a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20;<br>Defendants. | Civil Action No. C09-00739<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER** |

1

OC\1021798.1

1

2   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong

3   Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho")

4   and Defendant Welcome Market, Inc., a California Corporation D/B/A 99 Ranch Market

5   ("Welcome Market") hereby stipulate and jointly request that the Court dismiss Neo's and Ho's

6   claims against Welcome Market, and all counter-claims filed by Welcome Market against Neo

7   and Ho, *with prejudice*.  Neo, Ho, and Welcome Market jointly declare the following in support

8   of this request:

9   WHEREAS the above-captioned action (the "Action") was commenced on February 19,

10  2009, with service accomplished upon Welcome Market thereafter.

11  WHEREAS Welcome Market filed a counter-claim in above-captioned action on May

12  11, 2009, with service accomplished thereafter.

13  WHEREAS Neo, Ho, and Welcome Market have entered into a settlement agreement on

14  July 14, 2009, resolving all of the claims and counter-claims in the Action.

15  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and

16  Welcome Market, and through their counsel of record, that Neo's and Ho's claims against

17  Welcome Market and Welcome Market's counter-claims against Neo and Ho, be dismissed with

18  prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

19  IT IS FURTHER STIPULATED and agreed by Neo, Ho, and Welcome Market, and

20  through their counsel of record, that Neo, Ho, and Welcome Market are to bear their own costs

21  and attorneys' fees.

22  **IT IS SO STIPULATED.**

23

24  Dated: July 15, 2009            LAW OFFICES OF RICHARD C.J. WAHNG

25                                      By:_____/s/_____
                                            Richard C. J. Wahng
26                                          Attorney for Plaintiffs
                                            Aik Cheong Neo, and individual and d/b/a
27                                          Po Lo Ku Trading, and
                                            Kai Chang Ho, an individual
28

2

OC\1021798.1

Dated: July 14, 2009    LATHAM & WATKINS LLP

By: _____/s/_____
Deborah A. Gubernick
Attorneys for Defendant
Welcome Market, Inc.

OC\1021798.1

## ORDER

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Welcome Market, Inc., d/b/a 99 Ranch Market's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that this Action, are dismissed with prejudice as to Defendant Welcome Market, Inc., d/b/a 99 Ranch Market. The counter-claims by Welcome Market, Inc., d/b/a 99 Ranch Market against Plaintiffs are also dismissed.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Welcome Market, Inc., d/b/a 99 Ranch Market bear their own attorneys' fees and costs.

Dated: __July 20, 2009_____



IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OC\1021798.1