| | |
|---|---|
| 1 | Richard C. J. Wahng (SBN 225672) |
| | Law Offices of Richard C. J. Wahng |
| 2 | 152 Anza Street, Suite 201 |
| | Fremont, CA 94539 |
| 3 | (510) 490-4447 Telephone |
| | (510) 490-1102 Fax |
| 4 | |
| 5 | Leon E. Jew (SBN 219298) |
| | 5776 Stoneridge Mall Rd., STE 288 |
| | Pleasanton, CA 94588 |
| 6 | (925) 463-3288 Telephone |
| | (925) 463-3218 Fax |
| 7 | |
| 8 | Attorneys for plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual | Civil Action No. C09-00739 |
| 11 | | |
| 12 | Plaintiffs | STIPULATION OF DISMISSAL OF DEFENDANT CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER |
| 13 | vs. | |
| 14 | MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC., a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20; | |
| | Defendants. | |

1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho") and Defendant Chung World Corporation, a California Corporation, D/B/A Quang Minh Supermarket ("Chung World") hereby stipulate and jointly request that the Court dismiss Neo's and Ho's claims against Chung World, *with prejudice*. Neo, Ho, and Chung World jointly declare the following in support of this request:

WHEREAS the above-captioned action (the "Action") was commenced on February 19, 2009, with service accomplished upon Chung World thereafter.

WHEREAS Neo, Ho, and Chung World have entered into a settlement agreement on July 16, 2009, resolving all of the claims against Chung World in the Action.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and Chung World, and through their counsel of record, that Neo's and Ho's claims against Chung World be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. In accordance with the Agreement, Neo, Ho, and Chung World also request that this Court retain and have exclusive jurisdiction over Neo, Ho, and Chung World with respect to disputes arising under the Agreement, and further agree that any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

IT IS FURTHER STIPULATED and agreed by Neo, Ho, and Chung World, and through their counsel of record, that Neo, Ho, and Chung World are to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: August 11, 2009            LAW OFFICES OF RICHARD C.J. WAHNG

                                  By: _____
                                  Richard C. J. Wahng
                                  Attorney for Plaintiffs
                                  Aik Cheong Neo, and individual and d/b/a
                                  Po Lo Ku Trading, and
                                  Kai Chang Ho, an individual

Dated: August 12, 2009

MOUNT & STOELKER, P.C.

By: _____
Qn Lu
Attorneys for Defendant
Chung World Corporation a California
Corporation, D/B/A Quang Minh Supermarket

## ORDER

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Chung World Corporation, a California Corporation, D/B/A Quang Minh Supermarket's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Amended Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that this Action, and associated cross-claims, is dismissed with prejudice as to Defendant Defendant Chung World Corporation, a California Corporation, D/B/A Quang Minh Supermarket.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Chung World Corporation, a California Corporation, D/B/A Quang Minh Supermarket with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Chung World Corporation, a California Corporation, D/B/A Quang Minh Supermarket bear their own attorneys' fees and costs.

Dated: August 18, 2009



_____
Honorable William Alsup