| | |
|---|---|
| 1<br>2<br>3<br>4 | Richard C. J. Wahng (SBN 225672)<br>Law Offices of Richard C. J. Wahng<br>152 Anza Street, Suite 201<br>Fremont, CA 94539<br>(510) 490-4447 Telephone<br>(510) 490-1102 Fax |
| 5<br>6<br>7 | Leon E. Jew (SBN 219298)<br>5776 Stoneridge Mall Rd., STE 288<br>Pleasanton, CA 94588<br>(925) 463-3288 Telephone<br>(925) 463-3218 Fax |
| 8 | Attorneys for plaintiffs |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10<br>11 | AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual | Civil Action No. C09-00739 |
| 12<br>13 | Plaintiffs<br>vs. | **STIPULATION OF DISMISSAL OF DEFENDANT KAM LEE YUEN TRADING CO., INC., WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER** |
| 14-28 | MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC. , a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20;<br>Defendants. | |

1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho") and Defendant Kam Lee Yuen Trading, Company, Inc., ("Kam Lee") hereby stipulate and jointly request that the Court dismiss Neo's and Ho's claims against Kam Lee *with prejudice*. Neo, Ho, and Kam Lee jointly declare the following in support of this request:

WHEREAS the above-captioned action (the "Action") was commenced on February 19, 2009, with service accomplished upon Kam Lee thereafter.

WHEREAS Neo, Ho, and Kam Lee have entered into a settlement agreement on June 24, 2009, resolving all of the claims against Kam Lee in the Action.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and Kam Lee, and through their counsel of record, that Neo's and Ho's claims against Kam Lee be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. In accordance with the Agreement, Neo, Ho, and Kam Lee also request that this Court retain and have exclusive jurisdiction over Neo, Ho, and Kam Lee with respect to disputes arising under the Agreement, and further agree that any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

IT IS FURTHER STIPULATED and agreed by Neo, Ho, and Kam Lee, and through their counsel of record, that Neo, Ho, and Kam Lee are to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: September 2, 2009            LAW OFFICES OF RICHARD C.J. WAHNG

By:_____/s/_____
    Richard C. J. Wahng
    Attorney for Plaintiffs
    Aik Cheong Neo, and individual and d/b/a
    Po Lo Ku Trading, and
    Kai Chang Ho, an individual

Dated:  August 21, 2009                           ROPERS MAJESKI KOHN & BENTLEY


                                                  By:  _____/s/_____
                                                       Brian Michael Affrunti
                                                       Attorneys for Defendant
                                                       Kam Lee Yuen Trading, Company, Inc.

3

## **ORDER**

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Kam Lee Yuen Trading Company, Inc.'s Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that Plaintiffs' Complaint is dismissed with prejudice as to Defendant Kam Lee Yuen Trading Company, Inc.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Kam Lee Yuen Trading Company, Inc., with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Kam Lee Yuen Trading Company, Inc. bear their own attorneys' fees and costs.

Dated: September ~~14~~ 11, 2009



4