| | |
|---|---|
| 1 | Richard C. J. Wahng (SBN 225672)<br>Law Offices of Richard C. J. Wahng<br>152 Anza Street, Suite 201<br>Fremont, CA 94539<br>(510) 490-4447 Telephone<br>(510) 490-1102 Fax |

Leon E. Jew (SBN 219298)
5776 Stoneridge Mall Rd., STE 288
Pleasanton, CA 94588
(925) 463-3288 Telephone
(925) 463-3218 Fax

Attorneys for plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual<br><br>Plaintiffs<br>vs.<br><br>MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC. , a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20;<br>Defendants. | Civil Action No. C09-00739<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER** |

1

1

2   Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong
3   Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho")
4   and Defendant Wing Wa, Inc., a California Corporation D/B/A Wing Wa Supermarket ("Wing
5   Wa") hereby stipulate and jointly request that the Court dismiss Neo's and Ho's claims against
6   Wing Wa, *with prejudice*.  Neo, Ho, and Wing Wa jointly declare the following in support of
7   this request:

8   WHEREAS the above-captioned action (the "Action") was commenced on February 19,
9   2009, with service accomplished upon Wing Wa thereafter.

10   WHEREAS Neo, Ho, and Wing Wa have entered into a settlement agreement on June
11   24, 2009, resolving all of the claims against Wing Wa in the Action.

12   NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and Wing
13   Wa, and through their counsel of record, that Neo's and Ho's claims against Wing Wa be
14   dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  In
15   accordance with the Agreement, Neo, Ho, and Wing Wa also request that this Court retain and
16   have exclusive jurisdiction over Neo, Ho, and Wing Wa with respect to disputes arising under
17   the Agreement, and further agree that any such disputes arising under the Agreement shall be
18   heard before a Magistrate Judge.

19   IT IS FURTHER STIPULATED and agreed by Neo, Ho, and Wing Wa, and through
20   their counsel of record, that Neo, Ho, and Wing Wa are to bear their own costs and attorneys'
21   fees.

22   **IT IS SO STIPULATED.**

23

24   Dated: September 2, 2009            LAW OFFICES OF RICHARD C.J. WAHNG

25
                                  By:      /s/
26                                       Richard C. J. Wahng
                                         Attorney for Plaintiffs
27                                       Aik Cheong Neo, and individual and d/b/a
                                         Po Lo Ku Trading, and
28                                       Kai Chang Ho, an individual

2

Dated: August 21, 2009                    ROPERS MAJESKI KOHN & BENTLEY

By: _____/s/_____
Brian Michael Affrunti
Attorneys for Defendant
Wing Wa, Inc.

Case3:09-cv-00739-WHA Document114 Filed09/02/09 Page3of4

**ORDER**

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Wing Wa, Inc., a California Corporation D/B/A Wing Wa Supermarket's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that Plaintiffs' Complaint is dismissed with prejudice as to Defendant Wing Wa, Inc., a California Corporation D/B/A Wing Wa Supermarket.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Wing Wa, Inc., a California Corporation D/B/A Wing Wa Supermarket with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Wing Wa, Inc., a California Corporation D/B/A Wing Wa Supermarket bear their own attorneys' fees and costs.

Dated: _September 14, 2009_____

Honorable William Alsup