Richard C. J. Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Leon E. Jew (SBN 219298)
5776 Stoneridge Mall Rd., STE 288
Pleasanton, CA 94588
(925) 463-3288 Telephone
(925) 463-3218 Fax

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual<br><br>           Plaintiffs<br>   vs.<br><br>MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC. , a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20;<br>                      Defendants. | Civil Action No. C09-00739<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT ROYAL CAPITAL GROUP, LLC, D/B/A NEW ASIA SUPERMARKET, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER** |

1

1

2  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong
3  Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho")
4  and Defendant Royal Capital Group, LLC, d/b/a New Asia Supermarket ("New Asia") hereby
5  stipulate and jointly request that the Court dismiss Neo's and Ho's claims against New Asia,
6  *with prejudice*.  Neo, Ho, and New Asia jointly declare the following in support of this request:

7  WHEREAS the above-captioned action (the "Action") was commenced on February 19,
8  2009, with service accomplished upon New Asia thereafter.

9  WHEREAS Neo, Ho, and New Asia have entered into a settlement agreement on June
10  24, 2009, resolving all of the claims against New Asia in the Action.

11  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and New
12  Asia, and through their counsel of record, that Neo's and Ho's claims against New Asia be
13  dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  In
14  accordance with the Agreement, Neo, Ho, and New Asia also request that this Court retain and
15  have exclusive jurisdiction over Neo, Ho, and New Asia with respect to disputes arising under
16  the Agreement, and further agree that any such disputes arising under the Agreement shall be
17  heard before a Magistrate Judge.

18  IT IS FURTHER STIPULATED and agreed by Neo, Ho, and New Asia, and through
19  their counsel of record, that Neo, Ho, and New Asia are to bear their own costs and attorneys'
20  fees.

21  **IT IS SO STIPULATED.**

22

23  Dated: September 2, 2009            LAW OFFICES OF RICHARD C.J. WAHNG

24
25                                      By:_____/s/_____
                                              Richard C. J. Wahng
                                              Attorney for Plaintiffs
26                                            Aik Cheong Neo, and individual and d/b/a
                                              Po Lo Ku Trading, and
27                                            Kai Chang Ho, an individual

28

| | | |
|---|---|---|
| 1 | Dated: August 21, 2009 | ROPERS MAJESKI KOHN & BENTLEY |

By: _____/s/_____
Brian Michael Affrunti
Attorneys for Defendant
Royal Capital Group, LLC, d/b/a New Asia Supermarket

**ORDER**

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Royal Capital Group, LLC, d/b/a New Asia Supermarket's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that Plaintiffs' Complaint is dismissed with prejudice as to Defendant Royal Capital Group, LLC, d/b/a New Asia Supermarket.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Royal Capital Group, LLC, d/b/a New Asia Supermarket with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Royal Capital Group, LLC, d/b/a New Asia Supermarket bear their own attorneys' fees and costs.

Dated: __September 11, 2009__

Hono_____

_____

