```
 1 | Richard C. J. Wahng (SBN 225672)
   | Law Offices of Richard C. J. Wahng
 2 | 152 Anza Street, Suite 201
   | Fremont, CA 94539
 3 | (510) 490-4447 Telephone
   | (510) 490-1102 Fax
 4 |
   | Leon E. Jew (SBN 219298)
 5 | 5776 Stoneridge Mall Rd., STE 288
   | Pleasanton, CA 94588
 6 | (925) 463-3288 Telephone
   | (925) 463-3218 Fax
 7 |
   | Attorneys for plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual<br><br>Plaintiffs<br>vs.<br><br>MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC., a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20;<br>Defendants. | Civil Action No. C09-00739<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER** |

1

1

2  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong
3  Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho")
4  and Defendant Dong Phuong, Inc., a California Corporation D/B/A ABC Supermarket ("ABC
5  Supermarket") hereby stipulate and jointly request that the Court dismiss Neo's and Ho's claims
6  against ABC Supermarket, *with prejudice*.  Neo, Ho, and ABC Supermarket jointly declare the
7  following in support of this request:
8  WHEREAS the above-captioned action (the "Action") was commenced on February 19,
9  2009, with service accomplished upon ABC Supermarket thereafter.
10  WHEREAS Neo, Ho, and ABC Supermarket have entered into a settlement agreement
11  on June 24, 2009, resolving all of the claims against ABC Supermarket in the Action.
12  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and ABC
13  Supermarket, and through their counsel of record, that Neo's and Ho's claims against ABC
14  Supermarket be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of
15  Civil Procedure.  In accordance with the Agreement, Neo, Ho, and ABC Supermarket also
16  request that this Court retain and have exclusive jurisdiction over Neo, Ho, and ABC
17  Supermarket with respect to disputes arising under the Agreement, and further agree that any
18  such disputes arising under the Agreement shall be heard before a Magistrate Judge.
19  IT IS FURTHER STIPULATED and agreed by Neo, Ho, and ABC Supermarket, and
20  through their counsel of record, that Neo, Ho, and ABC Supermarket are to bear their own costs
21  and attorneys' fees.
22  **IT IS SO STIPULATED.**
23
24  Dated: September 3, 2009         LAW OFFICES OF RICHARD C.J. WAHNG
25
26                                  By:_____/s/_____
                                        Richard C. J. Wahng
27                                      Attorney for Plaintiffs
                                        Aik Cheong Neo, and individual and d/b/a
                                        Po Lo Ku Trading, and
28                                      Kai Chang Ho, an individual

2

Dated: September 2, 2009             OSWALD & YAP

By: _____/s/_____
Jay Ying Chiu
Attorneys for Defendant
Dong Phuong, Inc. a California Corporation d/b/a
ABC Supermarket

## ORDER

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Dong Phuong, Inc., a California Corporation D/B/A ABC Supermarket's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Amended Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that this Action, and associated cross-claims, is dismissed with prejudice as to Defendant Dong Phuong, Inc., a California Corporation D/B/A ABC Supermarket.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Dong Phuong, Inc., a California Corporation D/B/A ABC Supermarket with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Dong Phuong, Inc., a California Corporation D/B/A ABC Supermarket bear their own attorneys' fees and costs.

Dated: __September 11, 2009_____

Hon. _____



IT IS SO ORDERED
Judge William Alsup
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4