JAMES C. HYDE (SBN 88394)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: jhyde@rmkb.com

Attorneys for Third-Party Plaintiffs WING WA, INC., a California corporation dba WING WA SUPERMARKET; ROYAL CAPITAL GROUP, LLC, dba NEW ASIA SUPERMARKET and KAM LEE YUEN TRADING CO., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIK CHEONG NEO, an individual dba PO LO KU TRADING, and KAI CHANG HO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARINA BROTHERS, INC., a California Corporation dba MARINA FOOD #5, et al.,<br><br>Defendants.<br><br>KAM LEE YUEN TRADING CO., INC., a California corporation,<br><br>Third Party Plaintiff,<br><br>v.<br><br>HOCEAN, INC., a California corporation<br><br>Third Party Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Civil Action No. C09-00739 WHA<br><br>**STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT (IMPLEADER) OF KAM LEE YUEN TRADING CO., INC., WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: February 19, 2009<br>Trial Date: June 7, 2010 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Third Party Plaintiff Kam Lee Yuen Trading Co., Inc., a California corporation, and Third Party Defendant

---

RC1/5390607.1/RD3  -1-  STIPULATION OF DISMISSAL OF OF KAM LEE YUEN TRADING CO., INC., WITHOUT PREJUDICE CIV. ACTION NO. C09-00739

1 Hocean, Inc., a California corporation, hereby stipulate and jointly request that the Court dismiss
2 the Third Party Complaint (Impleader) of Kam Lee Yuen Trading Co., Inc., for equitable
3 indemnity, contribution and declaratory relief, without prejudice. It is further stipulated and
4 agreed Third Party Defendant Hocean, Inc bear its own costs and attorney's fees.

5     IT IS SO STIPULATED.

6 Dated: __9-28__, 2009     LAW OFFICES OF JOHN S. CHANG

8     By: _____
    JOHN S. CHANG
9     Attorneys for Third-Party Defendant
    HOCEAN, INC., a California corporation

11 Dated: __SEPT. 28,__, 2009     ROPERS, MAJESKI, KOHN & BENTLEY

13     By: _____
    JAMES C. HYDE
14     Attorneys for Third-Party Plaintiff WING
    WA, INC., a California corporation dba
15     WING WA SUPERMARKET; ROYAL
    CAPITAL GROUP, LLC, dba NEW ASIA
    SUPERMARKET and KAM LEE YUEN
16     TRADING CO., INC., a California
    corporation

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

RC1/5390607.1/RD3      - 2 -      STIPULATION OF DISMISSAL OF OF KAM LEE YUEN TRADING CO., INC., WITHOUT PREJUDICE  CIV. ACTION NO. C09-00739

**ORDER**

Having considered Third Party Plaintiff Kam Lee Yuen Trading Co., Inc.'s and Third Party Defendant Hocean, Inc.'s Stipulation of Dismissal, without prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii), and good cause appearing,

IT IS HEREBY ORDERED that Kam Lee Yuen Trading Co., Inc.'s Third Party Complaint for Equitable Indemnity, Contribution and Declaratory Relief is dismissed without prejudice.

IT IS FURTHER ORDERED that Third Party Defendant Hocean, Inc., bear its own attorney's fees and costs.

Dated: September 30, 2009



Judge William Alsup