JAMES C. HYDE (SBN 88394)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: jhyde@rmkb.com

Attorneys for Third-Party Plaintiffs WING WA, INC., a California corporation dba WING WA SUPERMARKET; ROYAL CAPITAL GROUP, LLC, dba NEW ASIA SUPERMARKET and KAM LEE YUEN TRADING CO., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIK CHEONG NEO, an individual dba PO LO KU TRADING, and KAI CHANG HO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARINA BROTHERS, INC., a California Corporation dba MARINA FOOD #5, et al.,<br><br>Defendants.<br><br>WING WA, INC., a California corporation dba WING WA SUPERMARKET,<br><br>Third Party Plaintiff,<br><br>v.<br><br>HOCEAN, INC., a California corporation<br><br>Third Party Defendant.<br><br>AND RELATED CROSS-ACTIONS. | Civil Action No. C09-00739 WHA<br><br>**STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT (IMPLEADER) OF WING WA, INC dba WING WA SUPERMARKET, WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed: February 19, 2009<br>Trial Date: June 7, 2010 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Third Party Plaintiff Wing Wa, Inc., a California corporation, dba Wing Wa Supermarket and Third Party

Defendant Hocean, Inc., a California corporation, hereby stipulate and jointly request that the Court dismiss the Third Party Complaint (Impleader) of Wing Wa, Inc. dba Wing Wa Supermarket for equitable indemnity, contribution and declaratory relief, without prejudice. It is further stipulated and agreed Third Party Defendant Hocean, Inc., bear its own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: 9-28 , 2009      LAW OFFICES OF JOHN S. CHANG

By: _____
JOHN S. CHANG
Attorneys for Third-Party Defendant
HOCEAN, INC., a California corporation

Dated: SEPT. 28, , 2009     ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
JAMES C. HYDE
Attorneys for Third-Party Plaintiff WING WA, INC., a California corporation dba WING WA SUPERMARKET; ROYAL CAPITAL GROUP, LLC, dba NEW ASIA SUPERMARKET and KAM LEE YUEN TRADING CO., INC., a California corporation

**ORDER**

Having considered Third Party Plaintiff Wing Wa, Inc. dba Wing Wa Supermarket and Third Party Defendant Hocean, Inc.'s Stipulation of Dismissal, without prejudice, pursuant to FRCP Rule 41(a)(1)(A)(ii), and good cause appearing,

IT IS HEREBY ORDERED that Wing Wa, Inc. dba Wing Wa Supermarket's Third Party Complaint for Equitable Indemnity, Contribution and Declaratory Relief is dismissed without prejudice.

IT IS FURTHER ORDERED that Third Party Defendant Hocean, Inc., bear its own attorney's fees and costs.

Dated: September 30, 2009



WILL
Judge
North

IT IS SO ORDERED
Judge William Alsup