JAMES C. HYDE (SBN 88394)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113-2429
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
Email: jhyde@rmkb.com

Attorneys for Third-Party Plaintiffs WING WA, INC., a California corporation dba WING WA SUPERMARKET; ROYAL CAPITAL GROUP, LLC, dba NEW ASIA SUPERMARKET and KAM LEE YUEN TRADING CO., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AIK CHEONG NEO, an individual dba PO LO KU TRADING, and KAI CHANG HO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>MARINA BROTHERS, INC., a California Corporation dba MARINA FOOD #5, et al.,<br><br>Defendants. | Civil Action No. C09-00739 WHA<br><br>**STIPULATION OF DISMISSAL OF THIRD PARTY COMPLAINT (IMPLEADER) OF ROYAL CAPITAL GROUP, LLC dba NEW ASIA SUPERMARKET, WITHOUT PREJUDICE PURSUANT TO FRCP RULE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:    February 19, 2009<br>Trial Date:           June 7, 2010 |
| ROYAL CAPITAL GROUP, LLC dba NEW ASIA SUPERMARKET,<br><br>Third Party Plaintiff,<br><br>v.<br><br>HOCEAN, INC., a California corporation<br><br>Third Party Defendant. | |
| AND RELATED CROSS-ACTIONS. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Third Party Plaintiff Royal Capital Group, LLC dba New Asia Supermarket, and Third Party Defendant

Hocean, Inc., a California corporation, hereby stipulate and jointly request that the Court dismiss the Third Party Complaint (Impleader) of Royal Capital Group, LLC dba New Asia Supermarket for equitable indemnity, contribution and declaratory relief, without prejudice. It is further stipulated and agreed Third Party Defendant Hocean, Inc., bear its own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: 9-28, 2009

LAW OFFICES OF JOHN S. CHANG

By: _____
JOHN S. CHANG
Attorneys for Third-Party Defendant
HOCEAN, INC., a California corporation

Dated: SEPT. 28, 2009

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
JAMES C. HYDE
Attorneys for Third-Party Plaintiff WING WA, INC., a California corporation dba WING WA SUPERMARKET; ROYAL CAPITAL GROUP, LLC, dba NEW ASIA SUPERMARKET and KAM LEE YUEN TRADING CO., INC., a California corporation

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

## ORDER

Having considered Third Party Plaintiff Royal Capital Group, LLC dba New Asia Supermarket and Third Party Defendant Hocean, Inc.'s Stipulation of Dismissal, without prejudice, pursuant to FRCP Rule 41(a)(1)(A)(ii), and good cause appearing,

IT IS HEREBY ORDERED that Royal Capital Group, LLC dba New Asia Supermarket's Third Party Complaint for Equitable Indemnity, Contribution and Declaratory Relief is dismissed without prejudice.

IT IS FURTHER ORDERED that Third Party Defendant Hocean, Inc., bear its own attorney's fees and costs.

Dated: September 30, 2009



_____
WILLIAM ALSUP
Judge of the United States District Court
Northern District of California