Richard C. J. Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Leon E. Jew (SBN 219298)
5776 Stoneridge Mall Rd., STE 288
Pleasanton, CA 94588
(925) 463-3288 Telephone
(925) 463-3218 Fax

Attorneys for plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual<br><br>Plaintiffs<br>vs.<br><br>MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC., a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20;<br>Defendants. | Civil Action No. C09-00739<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER** |

1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho") and Defendant Ngu Hanh Son, Inc., a California Corporation D/B/A Cho Senter Market ("Cho Senter") hereby stipulate and jointly request that the Court dismiss Neo's and Ho's claims against Cho Senter, *with prejudice*. Neo, Ho, and Cho Senter jointly declare the following in support of this request:

WHEREAS the above-captioned action (the "Action") was commenced on February 19, 2009, with service accomplished upon Cho Senter thereafter.

WHEREAS Neo, Ho, and Cho Senter have entered into a settlement agreement on June 24, 2009, resolving all of the claims against Cho Senter in the Action.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and Cho Senter, and through their counsel of record, that Neo's and Ho's claims against Cho Senter be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. In accordance with the Agreement, Neo, Ho, and Cho Senter also request that this Court retain and have exclusive jurisdiction over Neo, Ho, and Cho Senter with respect to disputes arising under the Agreement, and further agree that any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

IT IS FURTHER STIPULATED and agreed by Neo, Ho, and Cho Senter, and through their counsel of record, that Neo, Ho, and Cho Senter are to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: ~~July~~ 10-1, 2009          LAW OFFICES OF RICHARD C.J. WAHNG

By: _____
Richard C. J. Wahng
Attorney for Plaintiffs
Aik Cheong Neo, and individual and d/b/a
Po Lo Ku Trading, and
Kai Chang Ho, an individual

2

Dated: ~~July~~ September 28, 2009

CESARI WERNER AND MORIARTY

By: _____
Jose Anthony Montalvo
Attorneys for Defendant
NGU HANH SON INC. a California Corporation
D/B/A CHO SENTER MARKET

## ORDER

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Ngu Hanh Son, Inc., a California corporation D/B/A Cho Senter's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Amended Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that this Action, and associated cross-claims, is dismissed with prejudice as to Defendant Cho Senter.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Ngu Hanh Son, Inc., a California corporation D/B/A Cho Senter with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Ngu Hanh Son, Inc., a California corporation D/B/A Cho Senter bear their own attorneys' fees and costs.

Dated: November 5, 2009



IT IS SO ORDERED
Judge William Alsup