**United States District Court**
For the Northern District of California

1
2
3
4
5
6                     IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| AIK CHEONG NEO, an individual d/b/a PO LO KU TRADING, and KAI CHANG HO, an individual, | No. C 09-00739 WHA |
| Plaintiffs, | |
| v. | |
| MARINA BROTHERS, INC., a California corporation d/b/a MARINA FOOD #5; WELCOME MARKET, INC., a California corporation d/b/a 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California corporation d/b/a LION FOOD CENTER; WING WA, INC., a California corporation d/b/a WING WA SUPERMARKET; NGU HANH SON INC. a California corporation d/b/a CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. d/b/a NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals d/b/a EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC. , a California corporation d/b/a MY THUAN SUPERMARKET; DONG PHUONG INC, a California corporation d/b/a ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California corporation, D/b/a SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California corporation, d/b/a QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California corporation; KAM LEE YUEN TRADING CO., INC., a California corporation; SUNNY GOLD INC., a New York corporation; PO LO KU TRADING, INC., a New York corporation; and JOHN DOES 1-20, | **[PROPOSED] ORDER GRANTING STIPULATED DISMISSAL OF DEFENDANT SAIGON CITY INVESTMENT, INC., a California corporation, d/b/a SAIGON CITY MARKETPLACE, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1)** *WITH MODIFICATIONS* |
| Defendants. | |

Having considered Plaintiffs Aik Cheong Neo, an individual d/b/a Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Saigon City Investment, Inc., a California

corporation, d/b/a Saigon City Marketplace's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Amended Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that this Action, and associated cross-claims, is dismissed with prejudice as to Defendant Saigon City Investment, Inc., d/b/a Saigon City Marketplace.

**IT IS FURTHER ORDERED** that **the Court shall retain jurisdiction for three years from the date of this order** over Plaintiffs Aik Cheong Neo, an individual d/b/a Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Saigon City Investment, Inc., a California corporation, d/b/a Saigon City Marketplace to enforce the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual d/b/a Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Saigon City Investment, Inc., a California corporation, d/b/a Saigon City Marketplace bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: November 18, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE