1  Richard C. J. Wahng (SBN 225672)
   Law Offices of Richard C. J. Wahng
2  152 Anza Street, Suite 201
   Fremont, CA 94539
3  (510) 490-4447 Telephone
   (510) 490-1102 Fax
4
   Leon E. Jew (SBN 219298)
5  5776 Stoneridge Mall Rd., STE 288
   Pleasanton, CA 94588
6  (925) 463-3288 Telephone
   (925) 463-3218 Fax
7
   Attorneys for plaintiffs

8                 **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10 AIK CHEONG NEO, an individual D/B/A PO        Civil Action No. C09-00739
   LO KU TRADING, and KAI CHANG HO, an
11 individual

12              Plaintiffs                       **STIPULATION OF DISMISSAL OF
          vs.                                    DEFENDANT PO LO KU TRADING, INC.,
13                                               a New York Corporation, WITH
   MARINA BROTHERS, INC., a California           PREJUDICE, PURSUANT TO FED. R. CIV.
14 Corporation D/B/A MARINA FOOD #5;             P. 41(a)(1) AND ORDER
   WELCOME MARKET, INC., a California            WITH MODIFICATIONS**
15 Corporation D/B/A 99 RANCH MARKET;
   T. L. LONGCHAMP CORPORATION, a
16 California Corporation D/B/A LION FOOD
   CENTER; WING WA, INC., a California
17 Corporation D/B/A WING WA
   SUPERMARKET; NGU HANH SON INC. a
18 California Corporation D/B/A CHO SENTER
   MARKET; ROYAL CAPITAL GROUP, LLC.
19 D/B/A NEW ASIA SUPERMARKET;
   LINCHANG Liu and YI-HUI LIU, individuals
20 D/B/A EIGHT-WAY VEGE; HAWAII
   SUPERMARKET; MY THUAN, INC. , a
21 California Corporation D/B/A MY THUAN
   SUPERMARKET; DONG PHUONG INC, a
22 California Corporation D/B/A ABC
   SUPERMARKET; SAIGON CITY
23 INVESTMENT, INC., a California Corporation,
   D/B/A SAIGON CITY MARKETPLACE;
24 CHUNG WORLD CORPORATION, a
   California Corporation, D/B/A QUANG MINH
25 SUPERMARKET; HOA BINH GARDEN
   GROVE SUPERMARKET, INC., a California
26 Corporation; KAM LEE YUEN TRADING
   CO., INC., a California Corporation; SUNNY
27 GOLD INC., a New York Corporation; PO LO
   KU TRADING, INC., a New York Corporation;
28 and JOHN DOES 1-20;
                      Defendants.

                            1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho") and Defendant Po Lo Ku Trading, Inc., a New York Corporation ("Defendant") hereby stipulate and jointly request that the Court dismiss Neo's and Ho's claims against Defendant, *with prejudice*. Neo, Ho, and Defendant jointly declare the following in support of this request:

WHEREAS the above-captioned action (the "Action") was commenced on February 19, 2009, with service accomplished upon Defendant thereafter.

WHEREAS Neo, Ho, and Defendant have entered into a settlement agreement on November 26, 2009, resolving all of the claims against Defendant in the Action.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and Defendant, and through their counsel of record, that Neo's and Ho's claims against Defendant be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. In accordance with the Agreement, Neo, Ho, and Defendant also request that this Court retain and have exclusive jurisdiction over Neo, Ho, and Defendant with respect to disputes arising under the Agreement, and further agree that any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

IT IS FURTHER STIPULATED and agreed by Neo, Ho, and Defendant, and through their counsel of record, that Neo, Ho, and Defendant are to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: December 8, 2009          LAW OFFICES OF RICHARD C.J. WAHNG

By:_____/s/_____
          Richard C. J. Wahng
          Attorney for Plaintiffs
          Aik Cheong Neo, and individual and d/b/a
          Po Lo Ku Trading, and
          Kai Chang Ho, an individual

Dated:  December 8, 2009          GENGA & ASSOCIATES, P.C.


                                  By: _____/s/_____
                                       Donald Charles Moody
                                       Fei Pang
                                       Jerl Brandon Leutz
                                       Attorneys for Defendant
                                       Po Lo Ku Trading, Inc., a New York Corporation

## ORDER

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Po Lo Ku Trading, Inc., a New York Corporation's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Amended Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that this Action, and associated cross-claims, is dismissed with prejudice as to Defendant Po Lo Ku Trading, Inc., a New York Corporation.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Po Lo Ku Trading, Inc., a New York Corporation with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Po Lo Ku Trading, Inc., a New York Corporation bear their own attorneys' fees and costs.

Dated: ___December 8, 2009.___



_____
Honorable William Alsup

**Jurisdiction will be retained for only three years from the date of this order.**