1  Richard C. J. Wahng (SBN 225672)
   Law Offices of Richard C. J. Wahng
2  152 Anza Street, Suite 201
   Fremont, CA 94539
3  (510) 490-4447 Telephone
   (510) 490-1102 Fax
4
5  Leon E. Jew (SBN 219298)
   5776 Stoneridge Mall Rd., STE 288
   Pleasanton, CA 94588
6  (925) 463-3288 Telephone
   (925) 463-3218 Fax
7
   Attorneys for plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual<br><br>            Plaintiffs<br>  vs.<br><br>MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC. , a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20;<br>                    Defendants. | Civil Action No. C09-00739<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT SUNNY GOLD, INC., a New York Corporation, WITH PREJUDICE, PURSUANT TO FED. R. CIV. P. 41(a)(1) AND ORDER WITH MODIFICATIONS** |

1

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading ("Neo"), and Kai Chang Ho, an individual ("Ho") and Defendant Sunny Gold, Inc., a New York Corporation ("Sunny Gold") hereby stipulate and jointly request that the Court dismiss Neo's and Ho's claims against Sunny Gold, *with prejudice*. Neo, Ho, and Sunny Gold jointly declare the following in support of this request:

WHEREAS the above-captioned action (the "Action") was commenced on February 19, 2009, with service accomplished upon Sunny Gold thereafter.

WHEREAS Neo, Ho, and Sunny Gold have entered into a settlement agreement on November 26, 2009, resolving all of the claims against Sunny Gold in the Action.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed by Neo, Ho, and Sunny Gold, and through their counsel of record, that Neo's and Ho's claims against Sunny Gold be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. In accordance with the Agreement, Neo, Ho, and Sunny Gold also request that this Court retain and have exclusive jurisdiction over Neo, Ho, and Sunny Gold with respect to disputes arising under the Agreement, and further agree that any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

IT IS FURTHER STIPULATED and agreed by Neo, Ho, and Sunny Gold, and through their counsel of record, that Neo, Ho, and Sunny Gold are to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: December 8, 2009         LAW OFFICES OF RICHARD C.J. WAHNG

                                By:     /s/
                                    Richard C. J. Wahng
                                    Attorney for Plaintiffs
                                    Aik Cheong Neo, and individual and d/b/a
                                    Po Lo Ku Trading, and
                                    Kai Chang Ho, an individual

Dated: December 8, 2009            GENGA & ASSOCIATES, P.C.

By: _____/s/_____
    Donald Charles Moody
    Fei Pang
    Jerl Brandon Leutz
    Attorneys for Defendant
    Sunny Gold, Inc., a New York Corporation

## **ORDER**

Having considered Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Sunny Gold, Inc., a New York Corporation's Stipulation of Dismissal with Prejudice, Pursuant to Fed. R. Civ. P. 41(a)(1) ("Amended Stipulation of Dismissal"), and for good cause appearing, it is hereby **ORDERED** that this Action, and associated cross-claims, is dismissed with prejudice as to Defendant Sunny Gold, Inc., a New York Corporation.

**IT IS FURTHER ORDERED** that the Court shall retain and have exclusive jurisdiction over Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading and Kai Chang Ho, an individual, and Defendant Sunny Gold, Inc., a New York Corporation with respect to disputes arising under the Agreement, and any such disputes arising under the Agreement shall be heard before a Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiffs Aik Cheong Neo, an individual D/B/A Po Lo Ku Trading, and Kai Chang Ho, an individual, and Defendant Sunny Gold, Inc., a New York Corporation bear their own attorneys' fees and costs.

Dated: December 8, 2009.



_____
Honorable Judge William Alsup

**Jurisdiction will be retained for only three years from the date of this order.**