Richard C. J. Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Leon E. Jew (SBN 219298)
5776 Stoneridge Mall Rd., STE 288
Pleasanton, CA 94588
(925) 463-3288 Telephone
(925) 463-3218 Fax

Attorneys for plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIK CHEONG NEO, an individual D/B/A PO LO KU TRADING, and KAI CHANG HO, an individual<br><br>Plaintiffs<br>vs.<br><br>MARINA BROTHERS, INC., a California Corporation D/B/A MARINA FOOD #5; WELCOME MARKET, INC., a California Corporation D/B/A 99 RANCH MARKET; T. L. LONGCHAMP CORPORATION, a California Corporation D/B/A LION FOOD CENTER; WING WA, INC., a California Corporation D/B/A WING WA SUPERMARKET; NGU HANH SON INC. a California Corporation D/B/A CHO SENTER MARKET; ROYAL CAPITAL GROUP, LLC. D/B/A NEW ASIA SUPERMARKET; LINCHANG Liu and YI-HUI LIU, individuals D/B/A EIGHT-WAY VEGE; HAWAII SUPERMARKET; MY THUAN, INC., a California Corporation D/B/A MY THUAN SUPERMARKET; DONG PHUONG INC, a California Corporation D/B/A ABC SUPERMARKET; SAIGON CITY INVESTMENT, INC., a California Corporation, D/B/A SAIGON CITY MARKETPLACE; CHUNG WORLD CORPORATION, a California Corporation, D/B/A QUANG MINH SUPERMARKET; HOA BINH GARDEN GROVE SUPERMARKET, INC., a California Corporation; KAM LEE YUEN TRADING CO., INC., a California Corporation; SUNNY GOLD INC., a New York Corporation; PO LO KU TRADING, INC., a New York Corporation; and JOHN DOES 1-20;<br>Defendants. | Civil Action No. C09-00739<br><br>[PROPOSED] ORDER AND STIPULATION OF DISMISSAL OF DEFENDANT HOCEAN, INC. WITH PREJUDICE |

1

Through their respective undersigned counsel, Plaintiffs AIK CHEONG NEO, KAI CHANG HO and Defendant HOCEAN, INC., who have appeared in this action, hereby stipulate to the dismissal with prejudice of the Complaint with respect to Defendant HOCEAN, INC. pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party named herein shall bear its own costs of suit and attorney's fees.

**IT IS SO STIPULATED.**

Dated: December 8, 2009         LAW OFFICES OF RICHARD C.J. WAHNG

By: /s/
Richard C. J. Wahng
Attorney for Plaintiffs
Aik Cheong Neo, and individual and d/b/a
Po Lo Ku Trading, and
Kai Chang Ho, an individual

Dated: 8, 2009

By: _____
John X. Chang
Attorneys for Defendant
Hocean, Inc., a California Corporation

**IT IS SO ORDERED.**

Dated: December 9, 2009

_____
Honorable William Alsup

IT IS SO ORDERED
Judge William Alsup